# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| David Swain, | : | Case No. 3:07CV3891 |
| | : | |
| Plaintiff | : | Judge David A. Katz |
| | : | |
| v. | : | Magistrate Judge David S. Perelman |
| | : | |
| Commissioner of Social Security, | : | **MEMORANDUM OPINION** |
| | : | **AND ORDER** |
| Defendant | : | |

On April 1, 2008 Magistrate Judge Armstrong entered a scheduling order which called for plaintiff's brief on the merits to be filed within 45 days thereafter.

No submission has been tendered, nor has a motion for extension of time been filed.

Plaintiff's time to submit a brief is extended to August 8, 2008.  If no brief is filed by that date a recommendation for dismissal for want of prosecution will be entered.

**IT IS SO ORDERED.**

                                        s/DAVID S. PERELMAN
                                        United States Magistrate Judge

DATE:   July 30, 2008